IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AETNA, INC., and HUMANA, INC., <br><br> Defendants. | Civil Action No. 1:16-cv-1494-JDB |

**DEFENDANTS' MOTION FOR EXPEDITED STATUS CONFERENCE, AND STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

On July 21, 2016, the Government filed suit under the Clayton Act to enjoin the merger of Aetna, Inc. and Humana Inc., two health insurance companies that market plans to individuals and organizations in a variety of markets. On the same day, the Government filed a separate suit to enjoin the merger of Anthem, Inc. and Cigna Corp. *United States v. Anthem, Inc.*, No. 1:16-cv-1493-JDB. Although the specific issues in each case differ, both cases involve participants in the insurance industry, and for that reason the Government designated the cases as "related" for purposes of Local Rule 40.5.[1] As a result of that designation, both cases were assigned to this Court.

While Aetna and Humana are not obligated to respond to the related-case designation until their answers or other responsive pleadings are due (D.D.C. Civ. R. 40.5(b)(2)), Aetna and Humana respectfully submit that it would be helpful to the Court to hear from the parties to both cases at a single initial status conference.

---

[1] In its public statements, the Government has noted that both cases involve mergers in the same industry, but has also acknowledged that the two cases "involve different products" and "different markets," and that they should accordingly "go to trial separately." Remarks of William Baer, *DOJ Antitrust Chief On Health Care Mergers*, CNBC (July 21, 2016), http://goo.gl/vGcO5f.

Accordingly, and pursuant to Federal Rule of Civil Procedure 16(a), Aetna and Humana respectfully ask the Court to include this case in the status conference that Anthem has requested on an expedited basis. *Anthem, Inc.*, No. 1:16-cv-1493-JDB, Dkt. No. 12 (July 25, 2016).

Holding an initial Rule 16 conference with the parties to both cases is particularly appropriate in light of Anthem's suggestion that it will seek a trial date in the fall. While both cases face severe timing constraints, Aetna and Humana's transaction deadline is even shorter than that of Anthem and Cigna. The merger at issue in this case is subject to a contractual "drop dead" date of December 31, 2016. Aetna Form 8-k, item 8.01 (June 24, 2016), http://goo.gl/PBcA0q; Anthem, Inc. and Cigna Corporation, Anthem–Cigna Merger Proposal (Oct. 28, 2015) (stating that the Anthem–Cigna transaction is subject to a April 30, 2017 deadline), http://goo.gl/qAc5th; Caroline Humer, *Cigna Says Anthem Deal Could Close in 2017; Anthem Sticks to 2016*, Yahoo! Finance (May 6, 2016) (same), http://goo.gl/pnylJ3. In light of this timing, Aetna and Humana intend to propose an aggressive pretrial schedule with a trial commencing in the fall. Any trial dates in the two cases should be set with both transaction deadlines in mind.

\* \* \* \*

In accordance with Local Rule 7(m), counsel for Aetna and Humana sought to confer with counsel for the Government before filing this motion. Despite counsels' best efforts, they were not able to obtain the Government's consent or views on the motion, and in light of the pending motion for an expedited status conference in *Anthem*, Defendants believe that time is of the essence.

## CONCLUSION

For the foregoing reasons, Aetna and Humana respectfully request that the Court schedule an expedited initial status conference in this case, jointly with any status conference held in *Anthem*.

- 3 -

Date:  July 27, 2016　　　　　　　　　　Respectfully submitted,


　/s/ John M. Majoras

John M. Majoras (D.D.C. No. 474267)
Christopher N. Thatch (D.D.C. No. 980277)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
T: (202) 879-3939
F:  (202) 626-1700
jmmajoras@jonesday.com

*Counsel for Defendant Aetna, Inc.*

/s/ Kent A. Gardiner

Kent A. Gardiner (D.D.C. No. 432081)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
T: (202) 624-2578
F:  (202) 628-5116
kgardiner@crowell.com

*Counsel for Defendant Humana Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 27, 2016, a true and correct copy of Defendants' Motion For Expedited Status Conference and Statement of Points and Authorities In Support Thereof was served via the Court's CM/ECF system or via electronic mail, pursuant to Rule 5.4(d) of the Local Civil Rules and Rule 5(b) of the Federal Rules of Civil Procedure, upon the following:

Peter J. Mucchetti
Ryan M. Kantor
U.S. Department Of Justice
Antitrust Division, Litigation I Section
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
T: (202) 353-4211
F: (202) 307-5802
peter.j.mucchetti@usdoj.gov
ryan.kantor@usdoj.gov

*Counsel for Plaintiff*
*United States of America*

Michael A. Undorf
Deputy Attorney General
Delaware Department of Justice
820 North French Street, 5th Floor
Wilmington, Delaware 19801
T: (302) 577-8924
F: (302) 577-6499
michael.undorf@state.de.us

*Counsel for Plaintiff State of Delaware*

Catherine A. Jackson
Assistant Attorney General, Public Interest Division
Office of the Attorney General-District of Columbia
441 Fourth Street, NW, Suite 630-South
Washington, DC 20001
T: (202) 442-9864
F: (202) 741-0655
catherine.jackson@dc.gov

*Counsel for Plaintiff District of Columbia*

Lizabeth A. Brady
Chief, Multistate Enforcement
Office of the Attorney General of Florida
PL-01, The Capitol
Tallahassee, Florida 32399-1050
T: (850) 414-3851
F:  (850) 488-9134
liz.brady@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

Robert W. Pratt
Chief, Antitrust Bureau
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601
T: (312) 814-3722
F:  (312) 814-4209
RPratt@atg.state.il.us

*Counsel for Plaintiff State of Illinois*

Beth A. Finnerty
Assistant Attorney General
Office of Ohio Attorney General
150 East Gay Street, 22nd Floor
Columbus, OH 43215
T: (614) 466-4328
F:  (614) 995-0266
beth.finnerty@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

Tyler T. Henry
Assistant Attorney General, Antitrust Unit
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
T: (804) 692-0485
F:  (804) 786-0122
THenry@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*

Daniel Walsh
Senior Assistant Attorney General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
T: (404) 657-2204
F:  (404) 656-0677
dwalsh@law.ga.gov

*Counsel for Plaintiff State of Georgia*

Layne M. Lindebak
Assistant Attorney General
Iowa Department of Justice, Special Litigation
1305 East Walnut Street, 2nd Floor
Des Moines, Iowa 50319
T: (515) 281-7054
F:  (515) 281-4902
Layne.Lindebak@iowa.gov

*Counsel for Plaintiff State of Iowa*

Jennifer A. Thomson
Senior Deputy Attorney General, Antitrust
Office of Attorney General
14th Floor, Strawberry Square
Harrisburg, PA 17120
T: (717) 787-4530
F:  (717) 787-1190
jthomson@attorneygeneral.gov

*Counsel for Commonwealth of Pennsylvania*

Date:  July 27, 2016 Respectfully submitted,

/s/ John M. Majoras

John M. Majoras (D.D.C. No. 474267)
Christopher N. Thatch (D.D.C. No. 980277)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
T: (202) 879-3939
F:  (202) 626-1700
jmmajoras@jonesday.com

*Counsel for Defendant Aetna, Inc.*

/s/ Kent A. Gardiner

Kent A. Gardiner (D.D.C. No. 432081)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
T: (202) 624-2578
F:  (202) 628-5116
kgardiner@crowell.com

*Counsel for Defendant Humana Inc.*