## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al.**,**<br><br>    Plaintiffs,<br><br>    v.<br><br>AETNA, INC., and HUMANA, INC.,<br><br>    Defendants. | Civil Action No. 1:16-cv-1494-JDB |

### [PROPOSED] ORDER SCHEDULING STATUS CONFERENCE

Upon consideration of Aetna and Humana's Motion for Expedited Status Conference and Statement of Points and Authorities In Support Thereof, it is hereby

**ORDERED** that the Request is **GRANTED**; and it is further

**ORDERED** that a joint status conference with the parties to *United States v. Anthem, Inc.*, No. 1:16-cv-1493-JDB, will be held on August ___, 2016, at __:__ _m.

Dated: _____          _____
                                   Honorable John D. Bates
                                   United States District Judge

Pursuant to Rule 7(k) of the Local Civil Rules, this order shall be served upon

the following:

VIA U.S. MAIL:

Peter J. Mucchetti
Ryan M. Kantor
U.S. Department Of Justice
Antitrust Division, Litigation I Section
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
T: (202) 353-4211
F:  (202) 307-5802
peter.j.mucchetti@usdoj.gov
ryan.kantor@usdoj.gov

*Counsel for Plaintiff*
*United States of America*

Michael A. Undorf
Deputy Attorney General
Delaware Department of Justice
820 North French Street, 5th Floor
Wilmington, Delaware 19801
T: (302) 577-8924
F:  (302) 577-6499
michael.undorf@state.de.us

*Counsel for Plaintiff State of Delaware*

Catherine A. Jackson
Assistant Attorney General, Public
Interest Division
Office of the Attorney General-District of
Columbia
441 Fourth Street, NW, Suite 630-South
Washington, DC 20001
T: (202) 442-9864
F:  (202) 741-0655
catherine.jackson@dc.gov

*Counsel for Plaintiff District of Columbia*

Lizabeth A. Brady
Chief, Multistate Enforcement
Office of the Attorney General of Florida
PL-01, The Capitol
Tallahassee, Florida 32399-1050
T: (850) 414-3851
F:  (850) 488-9134
liz.brady@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

Daniel Walsh
Senior Assistant Attorney General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
T: (404) 657-2204
F:  (404) 656-0677
dwalsh@law.ga.gov

*Counsel for Plaintiff State of Georgia*

Robert W. Pratt
Chief, Antitrust Bureau
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601
T: (312) 814-3722
F: (312) 814-4209
RPratt@atg.state.il.us

*Counsel for Plaintiff State of Illinois*


Beth A. Finnerty
Assistant Attorney General
Office of Ohio Attorney General
150 East Gay Street, 22nd Floor
Columbus, OH 43215
T: (614) 466-4328
F: (614) 995-0266
beth.finnerty@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*


Tyler T. Henry
Assistant Attorney General, Antitrust
Unit
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
T: (804) 692-0485
F: (804) 786-0122
THenry@oag.state.va.us

*Counsel for Plaintiff
Commonwealth of Virginia*


Layne M. Lindebak
Assistant Attorney General
Iowa Department of Justice, Special
Litigation
1305 East Walnut Street, 2nd Floor
Des Moines, Iowa 50319
T: (515) 281-7054
F: (515) 281-4902
Layne.Lindebak@iowa.gov

*Counsel for Plaintiff State of Iowa*


Jennifer A. Thomson
Senior Deputy Attorney General,
Antitrust
Office of Attorney General
14th Floor, Strawberry Square
Harrisburg, PA 17120
T: (717) 787-4530
F: (717) 787-1190
jthomson@attorneygeneral.gov

*Counsel for Commonwealth of
Pennsylvania*

John M. Majoras
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
T: (202) 879-3939
F:  (202) 626-1700
jmmajoras@jonesday.com

*Counsel for Defendant Aetna, Inc.*

Kent A. Gardiner
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 624-2578
F:  (202) 628-5116
kgardiner@crowell.com

*Counsel for Defendant Humana Inc.*