## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
|    *Plaintiffs*, | |
|   v. | Civil Action No. 1:16-cv-1494-JDB |
| AETNA INC., and HUMANA INC., | |
|    *Defendants*. | |

## NOTICE OF SUBMISSION TO SPECIAL MASTER OF DEFENDANT AETNA'S OPPOSITION TO UNITEDHEALTH GROUP INC.'S MOTION TO QUASH

Pursuant to the Order appointing the Hon. Richard A. Levie (Ret.) as Special Master (Dkt. No. 53, Aug. 11, 2016), Defendant Aetna Inc. hereby gives notice that Defendant Aetna's Opposition to UnitedHealth Group Inc.'s Motion to Quash will be submitted to Special Master Levie for his consideration. The Opposition is attached to this Notice as Exhibit A.

Dated:  September 15, 2016                   Respectfully submitted,


                                            /s/ John M. Majoras

                                            John M. Majoras (D.D.C. No. 474267)
                                            Michael R. Shumaker (*pro hac vice*)
                                            Geoffrey S. Irwin (*pro hac vice*)
                                            Christopher N. Thatch (D.D.C. No. 980277)
                                            JONES DAY
                                            51 Louisiana Avenue, NW
                                            Washington, DC 20001
                                            T: (202) 879-3939
                                            F: (202) 626-1700
                                            jmmajoras@jonesday.com


                                            Thomas Demitrack (*pro hac vice*)
                                            JONES DAY
                                            North Point
                                            901 Lakeside Avenue
                                            Cleveland, OH 44114
                                            T: (216) 586-3939
                                            F: (216) 579-0212

                                            Paula W. Render (*pro hac vice*)
                                            JONES DAY
                                            77 West Wacker Drive
                                            Suite 3500
                                            Chicago, IL 60601
                                            T: (312) 782-3939
                                            F: (312) 782-8585

                                            *Counsel for Defendant Aetna Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2016, a true and correct copy of the

foregoing was served on all counsel of record via the Court's CM/ECF system.

Date:  September 15, 2016

/s/ John M. Majoras
_____

John M. Majoras (D.D.C. No. 474267)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
T: (202) 879-3939
F: (202) 626-1700
jmmajoras@jonesday.com

*Counsel for Defendant Aetna Inc.*