# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:16-cv-1494-JDB |
| AETNA INC., and HUMANA INC., | |
| *Defendants*. | |

### NOTICE OF SUBMISSION TO THE SPECIAL MASTER OF PLAINTIFF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS AND CROSS-MOTION FOR A PROTECTIVE ORDER

Pursuant to the Order appointing the Hon. Richard A. Levie (Ret.) as Special Master (Dkt. No. 53, August 11, 2016), the United States hereby gives notice that Plaintiff United States' Opposition to Defendants' Motion for Sanctions and Cross-Motion for a Protective Order will be submitted to Special Master Levie for his consideration. A copy of the Response in Opposition to Defendant's Motion and the United States' Cross-Motion is attached as Exhibit A.

Date:  October 8, 2016                        Respectfully submitted,

  /s/ Peter J. Mucchetti
Peter J. Mucchetti (D.C. Bar #463202)
David Altschuler (D.C. Bar #983023)
Ryan Danks
Chris Wilson
United States Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
Phone: (202) 353-4211
peter.j.mucchetti@usdoj.gov

*Attorneys for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2016, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

Date:  October 8, 2016

/s/ Peter J. Mucchetti
_____
Peter J. Mucchetti (D.C. Bar #463202)
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 4100
Washington, DC 20530

*Attorney for the United States*