# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>AETNA INC., and HUMANA INC.,<br><br>   *Defendants*. | Civil Action No. 1:16-cv-1494 (JDB) |

## JOINT MOTION TO UNSEAL TRIAL TRANSCRIPT

Plaintiff United States of America and the Plaintiff States, along with Defendant Aetna Inc. and Defendant Humana Inc. (collectively, "the Parties") jointly move this Court to unseal the trial transcript from the morning of December 6, 2016 in the above-captioned action. The Parties recognize that there is a "strong presumption in favor of public access to judicial proceedings," *EEOC v. Nat'l Children's Ctr., Inc.*, 98 F.3d 1406, 1409 (D.C. Cir. 1996), and therefore request that this Court unseal all portions of the transcript.

Dated:  December 15, 2016

/s/ John M. Majoras

John M. Majoras (D.D.C. No. 474267)
Michael R. Shumaker (*pro hac vice*)
Geoffrey S. Irwin (*pro hac vice*)
Christopher N. Thatch (D.D.C. No. 980277)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939
jmmajoras@jonesday.com

Thomas Demitrack (*pro hac vice*)
JONES DAY

Respectfully submitted,

/s/ Craig Conrath

Craig Conrath
Patricia L. Sindel (D.C. Bar #977505)
Eric D. Welsh
U.S. Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 4100
Washington, DC 20530
(202) 532-4560
craig.conrath@usdoj.gov

*Counsel for the United States*

North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
tdemitrack@jonesday.com

Paula W. Render (D.D.C. No. IL0031)
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601
(312) 782-3939
prender@jonesday.com

*Counsel for Defendant Aetna Inc.*

/s/ Kent A. Gardiner
Kent A. Gardiner (D.D.C. No. 432081)
Shari Ross Lahlou (D.D.C. No. 476630)
David M. Schnorrenberg (*pro hac vice*)
Joseph M. Miller (D.D.C. No. 439965)
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2478
kgardiner@crowell.com

*Counsel for Defendant Humana Inc.*

/s/ Lizabeth A. Brady
Lizabeth A. Brady
Chief, Multistate Enforcement
Office of the Attorney General of Florida
PL-01, The Capitol
Tallahassee, FL 32399
(850) 414-3851
liz.brady@myfloridalegal.com

*Counsel for the State of Florida
    and on behalf of the Plaintiff States*

/s/ Jennifer A. Thomson
Jennifer A. Thomson
Senior Deputy Attorney General
Antitrust Section
Office of the Attorney General
14th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-1190
jthomson@attorneygeneral.gov

*Counsel for the Commonwealth of
    Pennsylvania and on behalf of
    the Plaintiff States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2016, a true and correct copy of the foregoing was served on all counsel of record via email.

/s/ Patricia L. Sindel
PATRICIA L. SINDEL (D.C. Bar #997505)

U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
Phone: (202) 598-8300
Email: patricia.sindel@usdoj.gov

*Attorney for the United States of America*