**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AETNA INC., and HUMANA INC., <br><br> *Defendants*. | Civil Action No. 1:16-cv-1494 (JDB) |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO
<u>UNSEAL TRIAL TRANSCRIPT</u>**

The Parties having jointly moved to unseal certain information contained in the trial transcript, and good cause having been shown, the motion is hereby GRANTED. The trial transcript for December 6, 2016 shall be UNSEALED.

Date: _____    _____
                                                                                Hon. John D. Bates
                                                                                United States District Judge