UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AETNA INC., et al., <br><br> Defendants. | Civil Action No. 16-1494 (JDB) |

## ORDER

Upon consideration of the applicable law, the evidence presented at trial, the parties' arguments, and the entire record herein, and for the reasons stated and explained in the Memorandum Opinion filed on this date, the Court concludes that:

The proposed merger of Aetna Inc. and Humana Inc., as originally reflected in the July 2, 2015, merger agreement, would "substantially . . . lessen competition" in violation of Section 7 of the Clayton Act, 15 U.S.C. § 18. Specifically, the proposed merger is likely to substantially lessen competition in the sale of individual Medicare Advantage plans in 364 counties identified in the Complaint and in the sale of individual commercial insurance on the public exchanges in three counties in Florida identified in the Complaint.

It is therefore **ORDERED** that the merger of Aetna Inc. and Humana Inc., as reflected in the July 2, 2015, merger agreement and any related documents, is hereby **ENJOINED**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: January 23, 2017