THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
*et al.*,

       *Plaintiffs*,

    v.

AETNA INC. and HUMANA INC.,

      *Defendants.*

Civil Action No. 1:16-cv-1494-JDB

## ORDER GRANTING PLAINTIFF STATES' CONSENT MOTION TO APPROVE PAYMENTS OF ATTORNEYS' FEES AND COSTS

Upon consideration of the Consent Motion of the District of Columbia, the Commonwealths of Pennsylvania and Virginia, and the States of Delaware, Florida, Georgia, Illinois, Iowa and Ohio, acting by and through their respective Attorneys General (collectively "Plaintiff States") for entry of an Order approving payment of reasonable attorneys' fees and costs to the Plaintiff States, which Order is consented to by Defendants Aetna Inc. ("Aetna") and Humana Inc. ("Humana"), all documents in support of the Motion, and the entire record, it is this _22nd_ day of _June_, 2017,

ORDERED that the Plaintiff States' Motion is GRANTED; and it is

ORDERED that the Plaintiff States shall be paid reasonable attorneys' fees and costs by Aetna and Humana as agreed to by the parties and pursuant to Section 16 of the Clayton Act, 15 U.S.C. § 26, and it is further

ORDERED that the Plaintiff States and Aetna and Humana, by their respective attorneys, have consented to the entry of this Order without trial or

adjudication of any issue of fact or law, and without this Order constituting any

evidence against, or any admission by any party regarding any such issue of fact

or law; and it is further

ORDERED that payment to the Plaintiff States pursuant to this Order

may be used for any one or more of the following purposes, as the Plaintiff States'

Attorneys General, in their sole discretion, see fit: (i) payment of attorney's fees and

expenses; (ii) antitrust or consumer protection law enforcement; or (iii) such other

purpose as the Attorneys General deem appropriate, consistent with the respective

states' law.

SO ORDERED.

John D. Bates
United States District Court Judge